IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  RAYMONS S. ZAPOLSKI, | : | CASE NO.  19-10731 TPA |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| | : | |

**NOTIFICATION OF CHANGE OF ADDRESS**

    I, Stephen H. Hutzelman, Esquire, attorney for the Debtor in the above caption matter, hereby certify that the following address should be corrected for the named party in the above case:

| Previous Address | New Address |
|---|---|
| Raymond S. Zapolski | Raymond S. Zapolski |
| 8075 Cherry Street | 1824 West 32nd Street |
| Erie, PA 16509 | Erie, PA 16508 |

Future correspondence from the Court should be directed to the corrected addresses.

                      Respectfully submitted,

                      SHAPIRA, HUTZELMAN & SMITH

                      By: \s\  Stephen H. Hutzelman, Esquire
                             305 West Sixth Street
                             Erie, PA 16507
                             PA ID 06541

CERTIFICATE OF SERVICE

    I, Stephen H. Hutzelman, Esquire, certify under penalty of perjury, certify that on this day, I served, or caused to be served, the CERTIFICATION OF CHANGE OF ADDRESS  in the above matter, on each of the following parties by the method indicated:    SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Standing Trustee, WD of PA<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | Office of the US Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov |

                    \s\     Stephen H. Hutzelman, Esquire
                            Attorney for Debtor

Date: August 9, 2019